UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOSIE TENEAL WILLIS | : | CASE NUMBER A17-60668-JRS |
| DEBTOR | : | |

## TRUSTEE'S SUPPLEMENTAL REPORT
## FOLLOWING CONFIRMATION HEARING

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Confirmation Hearing held on November 21, 2017:**

As to whether Debtor's plan payments are current

**The Attorney for the Trustee has reviewed the case as instructed and:**

The Trustee Recommends Dismissal because:

Debtor's plan payments remain delinquent

*Please enter an Order of Dismissal.*

This the 15th day of December, 2017.

/s/
Eric W. Roach,
Attorney for Chapter 13 Trustee
GA Bar No. 143194
303 Peachtree Center Ave, NE
Suite 120
Atlanta, Georgia 30303
(678) 992-1201

*/scw*

# CERTIFICATE OF SERVICE

Case No:  A17-60668-JRS

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Report Requesting Dismissal by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
JOSIE TENEAL WILLIS
2648 LITHONIA IND BLVD
LITHONIA, GA  30038

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Supplemental Report Requesting Dismissal through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
THE SEMRAD LAW FIRM, LLC
rjsatlcourtdocs@gmail.com

This the 15th day of December, 2017.

/s/_____
   Eric W. Roach
   Attorney for the Chapter 13 Trustee
   State Bar No. 143194
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201